IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM C. BOND,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No.: 1:15-cv-00199-DAF |
| **JOHNNY L. HUGHES, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
## TO RESPOND TO THE COMPLAINT

Defendant, Johnny L. Hughes ("Defendant"), by his undersigned attorneys, respectfully requests that the Court extend Defendant's time for responding to Plaintiffs' Complaint by sixty (60) days, and in support thereof states as follows:

1. This is a purported "qui tam" action wherein Plaintiff alleges that certain unnamed judges are improperly using a firing range operated by the U.S. Marshal's Service.

2. Defendant's deadline for responding to the Complaint is March 24, 2015.

3. Defendant's efforts to prepare a response are as yet incomplete and have been delayed by the press of other deadlines and matters.

4. As such, Defendant is requesting an extension of 60 days to respond to the Complaint, or until May 26, 2015 (May 23, 2015 falls on a holiday weekend).

5. This is Defendant's first request for an extension.

6. Pursuant to Local Rule 105.9, Defense counsel does not believe that it will be practicable to obtain this *pro se* Plaintiff's consent prior to the March 24, 2015 filing deadline.

WHEREFORE, Defendant respectfully requests that the Court extend its deadline for responding to the Complaint by sixty (60) days, or until May 26, 2015.

Rod J. Rosenstein
United States Attorney

*/s/ Matthew P. Phelps*

Matthew P. Phelps
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
matthew.phelps@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2015, I filed the foregoing used the CM/ECF system and also served a copy on Plaintiff via first-class mail to the following:

**William C. Bond**
PO Box 4823
Baltimore, MD 21211

*/s/ Matthew P. Phelps*

Matthew P. Phelps

2