IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,

      Plaintiff,

v.                                          Civil Action No.: 1:15-00199-DAF

JOHNNY L. HUGHES, et al.

      Defendants.


**<u>MEMORANDUM OPINION AND ORDER</u>**

Pending before the court is plaintiff's motion to extend the deadline to file a notice of appeal. (Doc. No. 25). The court **GRANTS** the motion for the reasons that follow.

In support of his motion, plaintiff states that a law firm is currently reviewing his case to determine whether to represent him on appeal. (Doc. No. 25 at 2). Consequently, plaintiff requests additional time to prepare and file a notice of appeal in this case. <u>Id.</u>

Under Federal Rule of Appellate Procedure 4(b)(5)(A)(ii), the district court may extend the time to file a notice of appeal when a party shows excusable neglect or good cause. Plaintiff has demonstrated good cause for an extension, having sought representation for his appeal. Accordingly, the court **GRANTS** plaintiff's motion and extends the deadline for filing his notice of appeal to **July 7, 2016.** The Clerk is **DIRECTED** to

1

send a copy of this Memorandum Opinion and Order to counsel of record and to plaintiff, pro se.

It is so **ORDERED** on this 6th day of June, 2016.

ENTER:

David A. Faber
Senior United States District Judge